UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

MCCONNELL, TIMOTHY JOHN
MCCONNELL, BRENDA JOY

CASE NO. 07-09052-FJO-7A

DEBTORS.

## PETITION REGARDING SMALL DIVIDENDS

Elliott D. Levin, Trustee herein, hereby petitions the Court to turn over $34.01 to the Clerk of this Court, for the reason that the amount represents small dividends due creditors as outlined in B.R. 3010. The following creditors are entitled to the following dividends:

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| 2 | Capital Recovery II<br>dba American Eagle<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131 | $0.06 |
| 3 | Capital Recovery One Management<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131 | $0.12 |
| 6 | Fifth Third Bank<br>Attn: Bankruptcy Dept/MD#ROP<br>1850 E. Paris SE<br>Grand Rapids, MI 49546 | $1.95 |
| 8 | Carpenter<br>5016 Monument Ave.<br>Richmond, VA 23261 | $1.69 |
| 9 | Idearc Media Formerly Verizon Directories<br>5601 Executive Drive<br>Irving, TX 75038 | $0.20 |

| | | |
|---|---|---|
| 11 | Gulf Eagle Supply<br>c/o Andrew Trailor<br>8603 S. Dixie Hwy., Ste. 303<br>Miami, FL 33143 | $4.13 |
| 13 | All Quality Equipment Co.<br>3481 S. 25th Street<br>Fort Pierce, FL 34981 | $3.59 |
| 14 | Urgent Care West<br>2050 40th Ave.<br>Vero Beach, FL 32960 | $2.83 |
| 16 | Cinergy Communications<br>1515 Broadway<br>Paducah, KY 42001 | $0.19 |
| 18 | FedEx Customer Information Service<br>Attn: Revenue Recovery/Bankruptcy<br>2005 Corporate Avenue, 2nd Fl.<br>Memphis, TN 38132 | $0.59 |
| 24 | LVNV Funding LLC<br>Assignee of Citibank<br>Resurgent Capital Services<br>P. O. Box 10587<br>Greenville, SC 29603 | $3.91 |
| 25 | LVNV Funding LLC<br>Assignee of Citibank<br>Resurgent Capital Services<br>P. O. Box 10587<br>Greenville, SC 29603 | $0.16 |
| 27 | Ecast Settlement Corporation<br>Assignee of Household Bank<br>c/o Bass & Associates<br>3936 E. Ft. Lowell Rd.<br>Tucson, AZ 85712 | $2.54 |
| 31 | American Express Bank FSB<br>c/o Becket and Lee<br>P. O. Box 3001<br>Malvern, PA 19355 | $4.25 |
| 35 | Key Equipment Finance, Inc.<br>1000 S. McCaslin Blvd.<br>Superior, CO 80027 | $4.00 |

| | | |
|---|---|---|
| 36 | US Bancorp Manifest Funding Services<br>1450 Channel Parkway<br>Marshall, MN 56258 | $2.49 |
| 39 | Sharpnack, Bigley, Stroh & Washburn<br>P. O. Box 310<br>Columbus, IN 47202 | $1.31 |

WHEREFORE, authority is requested to pay over to the Clerk of the United States Bankruptcy Court for the benefit of the above-named the sum of $34.01.

Dated: February 17, 2009     Respectfully submitted,

ELLIOTT D. LEVIN, TRUSTEE

/s/ Elliott D. Levin

RUBIN & LEVIN, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161
(317) 634-0300
FAX: (317) 263-9411
edl@rubin-levin.net
EDL/rem G:\WP80\TRUSTEE\EDL\McConnell\unclaimed funds petition.wpd