UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| TIMOTHY JOHN MCCONNELL and | ) | CASE NO. 07-09052-FJO-7A |
| BRENDA JOY MCCONNELL, | ) | |
| DEBTORS. | ) | |

## PETITION REGARDING UNCLAIMED DIVIDENDS

It appearing that $148.52 remains on deposit at JPMorgan Chase Bank, New York, NY, standing in my name as Trustee of this estate;

And it appearing that the following are entitled to this money:

| Name & Address | Amount | Reason |
|---|---|---|
| Bradco<br>2809 S. Harbor City Blvd.<br>Melbourne, FL 32901 | $94.43 | § 347 (unclaimed) |
| DeLage Landen Financial Services<br>c/o Wachovia Leasing<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | $54.09 | § 347 (unclaimed) |

And it appearing that more than ninety (90) days have elapsed since the final distribution was made and that such funds should now be paid over to the Clerk of the United States Bankruptcy Court for the benefit of the above-named;

WHEREFORE, authority is requested to pay over to the Clerk of the United States Bankruptcy Court for the benefit of the above-named the sum of $148.52.

Respectfully submitted,

ELLIOTT D. LEVIN, TRUSTEE

/s/ Elliott D. Levin
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161
(317) 634-0300--FAX: (317) 453-8601
edl@rubin-levin.net

CERTIFICATE OF SERVICE

      I hereby certify that on July 13, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

United States Trustee
ustpregion10.in.ecf@usdoj.gov

Karolina F. Perr
ecfsdi@weltman.com

Mark Zuckerberg
filings@mszlaw.com

Michael J. Alerding
malerding@alerdingcastor.com

Timothy L. Black
usdcsdecfbk@feiwellhannoy.com

Joseph F. McGonigal
joe.mcgonigal@usdoj.gov

David W. Paugh
dpaugh@mplegal.com

John R. Humphrey
jhumphrey@sommerbarnard.com

      I further certify that on July 13, 2009, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

American Express Bank FSB
c/o Becket and Lee LLP
P. O. Box 3001
Malvern, PA 19355-0701

Countrywide Home Loans, Inc.
c/o McCalla, Raymer, et al.
1544 Old Alabama Road
Roswell, GA 30076

Household Bank (SB), NA
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712

                /s/ Elliott D. Levin
                Elliott D. Levin

EDL/rem G:\WP80\TRUSTEE\EDL\McConnell\unclaimed funds pet.wpd